**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1982

MARIANO OSPINA BARAYA,

Plaintiff - Appellant,

v.

FRANCISCO JAVIER OSPINA BARAYA; HELENA BARAYA DE OSPINA; RAFAEL IGNACIO OSPINA BARAYA; ANGELA MERCEDES OSPINA BARAYA; PATRICIA HELENA OSPINA BARAYA,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:21-cv-00640-FDW-SCR)

Submitted:  May 30, 2024                          Decided:  June 3, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mariano Ospina Baraya, Appellant Pro Se.  Rafael Ignacio Ospina Baraya, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mariano Ospina Baraya appeals the district court's order dismissing his complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Baraya v. Baraya*, No. 3:21-cv-00640-FDW-SCR (W.D.N.C. Sept. 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*